223 So.2d 875

**STATE of Louisiana**

**v.**

**Ralph Earl TURNAGE.**

No. 49976.

July 7, 1969.

In re: Ralph Earl Turnage applying for writ of review and alternate writs of certiorari, mandamus and prohibition.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.